KAREN MURPHY *v.* J. C. PENNEY REGIONAL
CATALOG CENTER ET AL.
(AC 27857)

Flynn, C. J., and Schaller and Bishop, Js.

Submitted on briefs March 16—officially released April 10, 2007

Per Curiam. The judgment is affirmed.

WAYNE HALL *v.* COMMISSIONER OF CORRECTION
(AC 27353)

McLachlan, Harper and Stoughton, Js.

Argued March 14—officially released April 10, 2007

Per Curiam. The appeal is dismissed.

STATE OF CONNECTICUT *v.* JOHN PRESTON
(AC 27051)

Harper, Lavine and West, Js.

Argued March 22—officially released April 17, 2007

Per Curiam. The judgment is affirmed.

MARTHA HUNDLEY *v.* BERT COPPOTELLI
(AC 27745)

Harper, Lavine and West, Js.

Submitted on briefs March 22—officially released April 17, 2007

Per Curiam. The judgment is affirmed.